

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2014

No. 04-13-00874-CR

George **GARCIA**, Jr.,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 12-2210-CR-C
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Phyllis A. Bush, the court reporter responsible for preparing the reporter's record, has filed a notification of late record, requesting an additional thirty days. We GRANT the request and ORDER her to file the reporter's record on or before April 4, 2014.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court